O

# United States District Court
# Central District of California

| | |
|---|---|
| MICHAEL FRIEDMAN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>EQUIFAX INFORMATION SERVICES LLC ET AL.,<br><br>　　　　Defendants. | Case № 2:23-CV-03635-ODW (SKx)<br><br>**ORDER GRANTING STIPULATED DISMISSAL OF TRANSUNION, LLC WITH PREJUDICE** |

1  The Court, having considered the parties' Joint Stipulation for Dismissal, ECF No. 29, Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby **DISMISSES WITH PREJUDICE** Defendant TransUnion LLC **ONLY** from the above-entitled action.  Each party shall bear its own costs and attorneys' fees.  The Court **VACATES** all dates and deadlines with regard to TransUnion LLC **ONLY**.

**IT IS SO ORDERED.**

June 4, 2024

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**